In Re BRADLEY et al.

(Nos. 3,627, 3,628, 3,629.)

(Submitted February 16, 1915. Decided February 27, 1915.)

[146 Pac. 944.]

*Habeas Corpus—Kidnaping—Information— Sufficiency.*

[For syllabus, see *In re McDonald, ante,* p. 348.]

In the Matter of the applications of Joseph Bradley, Owen Smith and William Winchester, for writs of *habeas corpus.* Writs denied, and complainants remanded.

*Mr. I. G. Denny* and *Messrs. Maury, Templeman & Davies,* for Complainants.

*Mr. D. M. Kelly,* Attorney General, and *Mr. C. S. Wagner,* Assistant Attorney General, for the State.

MR. CHIEF JUSTICE BRANTLY delivered the opinion of the court.

*Habeas corpus.* In these cases the question presented is identical with that presented in the case of *In re McDonald, ante,* p. 348, 146 Pac. 942. Upon the authority of that case the several writs are discharged, and the complainants are remanded to the custody of the warden of the state prison.

MR. JUSTICE SANNER and MR. JUSTICE HOLLOWAY concur.